**Order entered March 31, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-00142-CV

**DARREN MELTON, Appellant**

**V.**

**601 JEALOUSE, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06444-B**

### ORDER

Before the Court is appellant's March 27, 2020 third motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **April 27, 2020**. We caution appellant that further extension motions will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE